# UNITED STATES DISTRICT COURT

# DISTRICT OF NEW JERSEY

WHIPPLE AZZARELLO, LLC
John C. Whipple, Esq. (JW 1591)
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
973-267-7300
Attorneys for Defendant Dominick Barone

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DOMINICK J. BARONE, <br><br> Defendant. | : Hon. Claire C. Cecchi <br> : <br> : Criminal No. Docket No. 14-00431-1 <br> : <br> : **CONSENT ORDER GRANTING** <br> : **TERMINATION OF SUPERVISED** <br> : **RELEASE AND DISCHARGE** <br> : **OF DEFENDANT** <br> : |

**Document Electronically Filed**

**THIS MATTER** having come before the Court on the application of Defendant Dominick Barone under 18 U.S.C. § 3583(e)(1) and Fed. R. Crim P. 32.1(c) for an Order terminating supervised release and discharging Defendant; and the United States having consented to Defendant's application (Anthony Moscato, Esq., A.U.S.A. appearing); and the United States Probation Office having consented to Defendant's application (Kitanya J. Williams, U.S. Probation Officer appearing); and it appearing that by Judgment filed on June 26, 2015 ("the Judgment"), the Court sentenced Defendant to 18 months' imprisonment to be followed by three (3) years' supervised release; and it further appearing that Defendant completed his imprisonment term and commenced his supervised release term on November 22, 2016; and it further appearing that Defendant has served one (1) year of his supervised release term and, therefore, is eligible for termination of supervised release and discharge under 18

U.S.C. § 3583(e)(1); and it further appearing that Defendant has satisfied and complied with all terms and conditions of the Judgment and his term of supervised release; and it further appearing that terminating Defendant's term of supervised release and discharging Defendant is warranted by Defendant's conduct and in the interest of justice under 18 U.S.C. § 3583(e)(1); and for good cause shown;

IT IS on this 26th day of January, 2018 HEREBY ORDERED THAT Defendant's term of supervised release be, and hereby is, TERMINATED, and that Defendant be, and hereby is, DISCHARGED.

_____
HONORABLE CLAIRE C. CECCHI
United States District Judge

Form and entry consented to:

WILLIAM E. FITZPATRICK
ACTING UNITED STATES ATTORNEY

By: _____
Anthony Moscato, Esq., A.U.S.A.


WHIPPLE AZZARELLO, LLC
Attorneys for Defendant Dominick Barone

By: _____
John C. Whipple, Esq.